BRETT L. TOLMAN, United States Attorney (#8821)
MICHAEL P. KENNEDY, Assistant United States Attorney (#8759)
KARIN FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 300 • Salt Lake City, Utah  84111
Telephone:  (801) 524-5682 • Facsimile:  (801) 325-3387
e-mail: michael.kennedy@usdoj.gov  •  karin.fojtik@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:09 CR 36 DB |
| Plaintiff, | : | |
| vs. | : | POSITION OF THE UNITED STATES WITH RESPECT TO |
| GYPSY JYLL WILLIS, a/k/a | : | SENTENCING FACTORS |
| JILLIAN GISELLE MACNEILL, | | U.S.S.G. § 6A1.2, DUCrimR 32-1 |
| | : | |
| Defendant. | | Judge Dee Benson |
| | : | |

The United States of America, by and through the undersigned Assistant

United States Attorney, and  pursuant to Rule DUCrimR 32-1(b), Rules of Practice

of the United States District Court for the District of Utah, states that after

reviewing the Presentence Report prepared by the U.S. Probation Office in

connection with the sentencing of the above-named defendant, that it is unaware

of any matters disputed between the government and the defendant with respect to

such report.  The United States has advised the Probation Officer of minor

corrections it believes are needed to the Offense Conduct narrative (particularly,

paragraphs 33 and 36).  Based on an understanding that these paragraphs will be

amended as deemed appropriate, the United States has no objection to the

Presentence Report.

DATED:     June 16, 2009.


BRETT L. TOLMAN
United States Attorney


/s/ Michael Kennedy

_____

MICHAEL P. KENNEDY
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS was caused to be served on all persons named below, either by electronic filing notice, U.S. Mail (postage prepaid), or hand delivery, on June 16, 2009.

> Steven B. Killpack, Esq.
> Attorney for Gypsy Jyll Willis
> Utah Federal Defender Office
> 46 W. Broadway, Ste. 110
> Salt Lake City, UT 84101
> (801)524-4010
> Email: steven_killpack@fd.org

> Meggen Van Sciver
> United States Probation Officer
> 350 South Main Street
> Salt Lake City, UT  84101

/s/ *Michael Kennedy*