STEVEN B. KILLPACK, Federal Defender (#1808)
**UTAH FEDERAL DEFENDER OFFICE**
American Towers Plaza
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GYPSY JYLL WILLIS a/k/a JILLIAN GISELLE MACNEILL,<br><br>Defendant. | POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS<br><br><br>Case No. 2:09 CR 36 DB |

Defendant, Gypsy Jyll Willis, by and through her attorney of record, Steven B. Killpack, pursuant to DUCrimR32-1, hereby submits that she has no objections to the guideline and criminal history computation for her offense as calculated under the United States Sentencing Guidelines. Ms. Willis, however, submits the following factual modifications and requests that the modifications be made a part of the Pre-Sentence Report. As such, the defendant hereby submits the following Position of Defendant with Respect to Sentencing Factors.

1.      In reference to paragraph 1, the defendant's a/k/a name is misspelled. The correct spelling is Jillian Giselle MacNeill.

2.      In reference to paragraph 4, the trial date previously scheduled for July 9, 2009 has been stricken as both parties have entered guilty pleas in this matter.

3.      In reference to paragraph 6, at the time of defendant's arrest, her passport was located at her place of residence in Washington.  Subsequently, police agents confiscated the passport in a search of said residence.  Accordingly, the defendant was not able to surrender her passport to the Clerk of the Court.

4.      In reference to paragraph 7, the statements and allegations are irrelevant to the sentencing of defendant, Gypsy Jyll Willis, misleading in nature, and contested by the defense.

5.      In reference to paragraph 8, the statements and allegations are irrelevant to the sentencing of defendant, Gypsy Jyll Willis, misleading in nature, and contested by the defense.

6.      In reference to paragraph 9, the statements and allegations are irrelevant to the sentencing of defendant, Gypsy Jyll Willis, misleading in nature, and contested by the defense.

7.      In reference to paragraph 10, the statements and allegations are irrelevant to the sentencing of defendant, Gypsy Jyll Willis, misleading in nature, and contested by the defense.

8.      In reference to paragraph 11, the statements and allegations are irrelevant to the sentencing of defendant, Gypsy Jyll Willis, misleading in nature, and contested by the defense.

9.      In reference to paragraph 12, the statements and allegations are irrelevant to the sentencing of defendant, Gypsy Jyll Willis, misleading in nature, and contested by the defense.

10.     In reference to paragraph 13, the defendant graduated from Ameritech College under the name of Gypsy Jyll Willis.

11.     In reference to paragraph 20, the defendant was not involved in originally obtaining the American Express card.  Her name was later added as a user.

12.     In reference to paragraph 33, the defense has been advised that M.M.M. did, in fact, leave a will.

13. In reference to paragraph 36, the statements and allegations are irrelevant to the sentencing of defendant, Gypsy Jyll Willis, misleading in nature, and contested by the defense.

14. In reference to paragraph 55, the defendant was not forced by her parents to give up her parental rights to her daughter, but agreed to give up parental rights as being in her daughter's best interest at the time.

15. In reference to paragraph 62, the defendant also attended Idaho State University in the fall term of 1995, spring term of 1996 and fall term of 1996. The defendant did not attend "Moore Nursing" in 2006 or at any other time

After reviewing the pre-sentence report, Ms. Willis states that, other than the above clarifications, no sentencing factors as described in that report are disputed.

DATED this 18th day of June, 2009.


*/s/ Steven B. Killpack*
STEVEN B. KILLPACK
Federal Defender

**CERTIFICATE OF DELIVERY**

I hereby certify that on June 18, 2009, I electronically filed the foregoing **Position of Defendant with Respect to Sentencing Factors** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Michael P. Kennedy
Assistant United States Attorney

Karin Fojtik
Assistant United States Attorney

Meggen Van Sciver
United States Probation Office

/s/ Kristine Harris
Utah Federal Defender Office